# Court of Appeals
# of the State of Georgia

ATLANTA, December 22, 2020

*The Court of Appeals hereby passes the following order:*

**A21E0023. ALVIN FERRELL v. JAMES O. GREASON et al.**

Pursuant to Court of Appeals Rule 40 (b), Alvin Ferrell has filed an emergency motion requesting an extension of time to file an application for discretionary appeal in the above-styled matter. Ferrell's motion is hereby GRANTED. He shall file his application for discretionary appeal no later than January 22, 2021.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/22/2020*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*